IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LESLIE J. TYLER, JR.,**

    Plaintiff,

v.                                                                                                                                   Civil Action No. **3:22CV69**

**HAROLD W. CLARKE,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

Plaintiff, a Virginia inmate, has submitted this action and applied to proceed *in forma pauperis*. By Memorandum Order entered on March 4, 2022, the Court conditionally docketed the action. (ECF No. 4). At that time, the Court directed the Clerk to obtain a copy of Plaintiff's prison account for the six-month period immediately preceding the initiation of the action. (ECF No. 4, at 1.) Upon review of Plaintiff's prison account and the *in forma pauperis* affidavit, it is evident that Plaintiff has more than sufficient assets to the pay the $350 filing fee and required $52 administrative fee for this civil action. As of February 2, 2022, Plaintiff had $1,389.63 in his prison account. (ECF No. 5, at 1.) As of March 14, 2022, Plaintiff had $1,187.40 in his account. (ECF No. 5, at 1.) Accordingly, by Memorandum Order entered May 23, 2022, the Court denied Plaintiff's request to proceed *in forma pauperis* and directed Plaintiff to submit the $402 in fees to the Court within fifteen (15) days of the date of entry thereof. (ECF No. 8, at 1.)

More than fifteen (15) days have elapsed since the entry May 23, 2022 Memorandum Order, and Plaintiff has not paid the required fees or otherwise responded to the May 23, 2022

Memorandum Order. Plaintiff's disregard of the Court's directives warrants dismissal of the action.[1] Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 6-30-2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

---

[1] Federal Rule of Civil Procedure 41(b) allows for dismissal "[i]f a plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order." Fed. R. Civ. P. 41(b).